

# NUMBER 13-22-00479-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**BILLY FERGUSON,**                                                                                     **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                                 **Appellee.**

---

### On appeal from the 28th District Court of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Silva
### Memorandum Opinion by Chief Justice Contreras

This cause is before the Court on appellant's amended motion to dismiss this appeal. The amended motion was signed by both counsel and the appellant. We find the amended motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, the amended motion to dismiss

is granted.

Accordingly, the appeal is hereby dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
26th day of January, 2023.